**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JOSEPH T. FitzSIMMONS<br>v.<br>JODY P. WEIS, DEBRA KIRBY, CATHLEEN RENDON, ROBERT COSEY, TIMOTHY MOORE and the CITY OF CHICAGO | FILED: JUNE 20, 2008<br>08CV3558<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE COLE<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOSEPH T. FitzSIMMONS

| |
|---|
| NAME (Type or print)<br>PHILLIP J. OLIVER |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ PHILLIP J. OLIVER |
| FIRM<br>LAW OFFICE OF ROBERT D. KUZAS, LTD. |
| STREET ADDRESS<br>222 NORTH LaSALLE STREET SUITE 200 |
| CITY/STATE/ZIP<br>CHICAGO/ IL/ 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6287020 | 312.629.1400 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓     APPOINTED COUNSEL ☐