# United States District Court for the Northern District of Illinois

Case Number: 08CV3558          Assigned/Issued By: DAJ

Judge Name: ZAGEL              Designated Magistrate Judge: COLE

## FEE INFORMATION

Amount Due:  [✓] $350.00    [ ] $39.00    [ ] $5.00
             [ ] IFP        [ ] No Fee    [ ] Other _____
             [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 2875816

Date Payment Rec'd: 06/20/08       Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
        (Type of Writ)

__6__ Original and __0__ copies on __06/20/08__ as to __DEF'S._____
                                   (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05