IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH T. FitzSIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | 08-cv-3558 |
| | ) | |
| JODY P. WEIS, DEBRA KIRBY, | ) | Judge Zagel |
| CATHLEEN RENDON, ROBERT | ) | |
| COSEY, TIMOTHY MOORE and the | ) | Magistrate Judge Cole |
| CITY OF CHICAGO, a municipal | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   **Clerk of the United States**
      **District Court**
      219 S. Dearborn 20th Floor
      Chicago, IL 60604

   **Courtroom Deputy of Judge Zagel**
   **Don Walker**
   219 S. Dearborn Room 2588
   Chicago, IL 60604

   PLEASE TAKE NOTICE that on June 23, 2008 I filed with Clerk of the Court PLAINTIFF'S AMENDED EXHIBIT ONE a copy of which is attached hereto and hereby served upon you.

### CIRTIFICATE OF SERVICE

   I, Phillip Oliver, an attorney, certify that on June 23, 2008 I served electronically PLAINTIFF'S AMENDED EXHIBIT ONE upon each party to whom this Notice is addressed.

                              /s/ Phillip J. Oliver

Law Offices of Robert D. Kuzas, Ltd.
222 North LaSalle St. Suite # 200
Chicago, IL  60601
312.629.1400