U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: **08 C 3558**

**Joseph Fitzsimmons v. City of Chicago**, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CITY OF CHICAGO**

| | |
|---|---|
| NAME (Type or print) **Valerie Harper** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) *s/Valerie Harper* | |
| FIRM **City of Chicago, Corporation Counsel** | |
| STREET ADDRESS **30 N. LaSalle Street, Suite 1020** | |
| CITY/STATE/ZIP **Chicago, IL 60602** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **06225133** | TELEPHONE NUMBER **312-744-4746** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ■   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |