IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH T. FITZSIMMONS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. 08 CV 3558 |
| v. | ) | |
| | ) | |
| **CITY OF CHICAGO et al.,** | ) | JUDGE ZAGEL |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF MOTION

TO:   Law Office of Robert D. Kuzas, Ltd.
        222 N. LaSalle Street
        Suite 200
        Chicago, IL 60601

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached Defendants' Unopposed Motion for Extension of Time To Answer or Otherwise Plead.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Zagel or any other Judge or Magistrate Judge sitting in his place or stead on the 14th day of August 2008 at 10:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

DATED at Chicago, Illinois, this 8th day of August, 2008.

                                                MARA S. GEORGES
                                                Corporation Counsel of the
                                                City of Chicago

                    BY:   *s/Valerie Depies Harper*
                                VALERIE DEPIES HARPER
                                Senior Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-4746